UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MICHAEL DANIEL, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 1:22-cv-2157-SDG |
| : | |
| **HOPKINS AND COMPANY** : | |
| **HOSPITALITY, LLC** : | |
| **A Limited Liability Company** : | |
| : | |
| **Defendant.** : | |
| _____/ | |

### PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Michael Daniel, in the above-styled action, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses this matter with prejudice.

Dated: July 14, 2022

Respectfully Submitted,

By: */s/ Pete M. Monismith*
Pete M. Monismith
Attorney for Plaintiff
3945 Forbes Ave., #175
Pittsburgh, PA 15213
(tel) 724-610-1881
(fax) 412-258-1309
pete@monismithlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on July 14, 2022, I filed the within and foregoing Plaintiff's Voluntary Dismissal with Prejudice. A true and correct copy of the same was delivered via electronic mail as follows:

Carey E. Olson
Employees of ACE American Insurance Company, a Chubb Company
11575 Great Oaks Way, Suite 100
Alpharetta, GA 30022
carey.olson@mgmesq.com

                                                     /s/ Pete M. Monismith
                                                     Pete M. Monismith